

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00478-CV

**MOHICAN OIL & GAS, LLC** and MOG Producing, LP,
Appellants

v.

**CONOCOPHILLIPS COMPANY**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000390-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

    Appellants' brief was due to be filed with this court on November 23, 2015. This court granted Appellants' first motion for extension of time to file their brief until December 23, 2015. On December 18, 2015, Appellants filed an opposed second motion for extension of time to file their brief until January 8, 2016, for a total extension of forty-six days.

    Appellants' motion is GRANTED. Appellants' brief is due on January 8, 2016. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court